Matter of People of the State of New York, ex rel. Watters v Warden (2024 NY Slip Op 03930)

Matter of People of the State of New York, ex rel. Watters v Warden

2024 NY Slip Op 03930

Decided on July 25, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 25, 2024

Before: zKennedy, J.P., Shulman, Pitt-Burke, Higgitt, O'Neill Levy, JJ. 

Index No. 153737/24 70814/24 Appeal No. 2581 Case No. 2024-03365 

[*1]In the Matter of the People of the State of New York, ex rel. Kyle B. Watters, on Behalf of Kenroy Gladden, Petitioner-Appellant,
v
Warden, Robert N. Davoren Center, et al., Respondents-Respondents.

The Law Office of Kyle B. Watters, Bayside (Kyle B. Watters of counsel), for appellant.
Bridget G. Brennan, Office of the Special Narcotics Prosecutor, New York (Marc Stepper of counsel), for respondent.

Judgment (denominated an order), Supreme Court, New York County (Ellen N. Biben, J.), entered on or about April 30, 2024, denying the petition for a writ of habeas corpus and dismissing the proceeding, unanimously affirmed, without costs.
We find that the writ of habeas corpus was properly denied (see CPLR 7010).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 25, 2024